# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:23-cv-00738-SVW-PVC | | Date | May 3, 2023 |
|---|---|---|---|---|
| Title | *Lynn Arthur v. Mahmud Ulkarim et al* | | | |

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **ORDER TO SHOW CAUSE FOR LACK OF APPEARANCE BY THE DEFENDANT**

On May 1, 2023, the Court held an initial status conference regarding the present matter. Defendant did not appear.   Accordingly, Defendant is ordered to show cause for its lack of appearance at the status conference and why it should not pay Plaintiff's counsel's fees incurred as a result of the status conference.   Defendant shall respond no later than five days from the issuance of this order. Failure to respond may result in sanctions, or any action that the Court deems appropriate.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer

PMC