AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JS-6

| | |
|---|---|
| LYNN ARTHUR | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:23-cv-00738-HDV-PVC |
| MAHMUD ULKARIM, an individual; et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* LYNN ARTHUR recover from the defendant *(name)* MAHMUD ULKARIM and MEGNA REAL ESTATE SERVICES the amount of One-hundred fifty-six thousand seven hundred and twenty 65/1 dollars ($ 156,720.65 ), which includes prejudgment interest at the rate of 10.00 %, plus post judgment interest at the rate of 10.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge The Honorable Hernan D. Vera on a motion for Enforcement of Settlement, Motion for Attorney Fees .

Date: 1/16/24

CLERK OF COURT

*Signature of* ~~Clerk or Deputy Clerk~~
Hon. Hernán D. Vera